**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

CASE NO. 13-cr-00359-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      TAYLOR R. HORTON,

        Defendant.
_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition and Request for Change of Plea Hearing filed on November 5, 2013 (ECF No. 15) a Change of Plea Hearing is set for **December 10, 2013** at **10:30 a.m.** at 103 Sheppard Drive, Suite 235, Durango, Colorado. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department (Durango) not later than close of business on Thursday, December 5, 2013. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that any pretrial hearings on motions or for trial preparation purposes, as well as the November 6, 2013 Status Conference and December 9, 2013 trial setting are VACATED.

Dated this 5th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge